LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> ERIC GUERRERO CRISOSTOMO, <br> Defendant. | CRIMINAL CASE NO. **08-00006** <br><br> **INDICTMENT** <br><br> **FELON IN POSSESSION OF A FIREARM** <br> [18 U.S.C. §§ 922(g)(1) and 924(a)(2)] |

THE GRAND JURY CHARGES THAT:

On or about December 16, 2007, in the District of Guam and elsewhere, ERIC GUERRERO CRISOTOMO, the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year; to wit: one count of Possession of a Firearm without an Identification Card (As a 3rd Degree Felon) on November 18, 1999, in the Superior Court of Guam, Case No. CF373-97; one count of Possession of a Schedule II Controlled Substance (As a 3rd Degree Felony) on October 9, 2003, in the Superior Court of Guam, Case No. CF28-03, and one count of Possession of a Firearm without an Identification Card (As a Felony) on October 9, 2003, in the Superior Court of Guam, Case No. CF28-03, possessed in and

-1-

affecting commerce firearm, to wit: a .25 caliber Beretta Pistol, serial number DAA032128, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED this 23rd day of January, 2008.

A TRUE BILL.

**REDACTED**

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
FREDERICK A. BLACK
Assistant U.S. Attorney

Reviewed By:

*[signature]*
JEFFREY J. STRAND
First Assistant U.S. Attorney

**Criminal Case Cover Sheet**                                                                          **U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant ___XXX___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**RECEIVED JAN 24 2008 (23 RSR)**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**Defendant Information:**

Juvenile: Yes _____ No _X_   Matter to be sealed: _____ Yes _X_ No

Defendant Name   ERIC GUERRERO CRISOSTOMO

Allisas Name   _____

Address   _____

Birthdate _xx/xx/1964_ SS# _XXX-XX-4941_   Sex _M_ Race _Guamanian_ Nationality _____

**U.S. Attorney Information:**

AUSA Frederick A. Black

**Interpreter:** _XXX_ No _____ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody

___ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___1___   _____ Petty _____ Misdemeanor _X_ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 U.S.C. §§ 922(g)(1) and 924(a)(2) | Felon in Possession of a Firearm | 1 |
| Set 2 | | — |
| Set 3 | | — |
| Set 4 | | — |
| Set 5 | | — |

(May be continued on reverse)

Date: _1/18/08_   Signature of AUSA: _Fred Black_

ORIGINAL