ericcrisostomowrt

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00006 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **WRIT OF HABEAS CORPUS** |
| vs. | ) | **AD PROSEQUENDUM** |
| | ) | |
| ERIC G. CRISOSTOMO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO: OFFICER IN CHARGE
    Territorial Detention Center
    Territory of Guam

　　　This Court finds that ERIC G. CRISOSTOMO is now in the custody of the Territorial

Detention Center, and that said prisoner is required to appear before this Court on January 25

2008, at 2:00 p.m. for an initial appearance in the United States District Court of Guam.

　　　**IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention

Center or his authorized agent, or any Federal law enforcement agent shall produce ERIC G.

CRISOSTOMO before this Court on January 25, 2008, at 2:00 p.m., and whenever necessary

hereafter to attend court appearances in the above-entitled case and upon completion of said

prosecution and/or Court appearances and/or upon further order of the Court, return said prisoner

to their place of confinement.

　　　**IT IS SO ORDERED.**

/s/ Joaquin V.E. Manibusan, Jr.
　U.S. Magistrate Judge
　Dated: Jan 25, 2008