RECEIVED JAN 24 2008
US MARSHALS SERVICE-GUAM

AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

ERIC GUERRERO CRISOSTOMO

**WARRANT FOR ARREST**

Case Number: CR-08-00006-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ERIC GUERRERO CRISOSTOMO _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court

☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☐ Supervised Release Violation ☐ Violation Notice

**FILED DISTRICT COURT OF GUAM**
**JAN 25 2008**
**JEANNE G. QUINATA**
**Clerk of Court**

charging him or her with (brief description of offense)

Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| MARILYN B. ALCON | *Marilyn B. Alcon* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 01/23/2008    Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

AGANA DOC

| DATE RECEIVED 1/24/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/24/08 | S/A HOANG M. NGUYEN | *Hoang N.* |

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  ERIC GUERRERO CRISOSTOMO

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: