# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00006-001          DATE: January 25, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz      Electronically Recorded: 2:19:21 - 2:24:52
CSO: J. McDonald

**APPEARANCES:**
Defendant: Eric Guerrero Crisostomo      Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Frederick A. Black      U.S. Agent: Hoang Nguyen, ATF
U.S. Probation: Carleen Borja      U.S. Marshal: T. Muna
Interpreter:      Language:

**PROCEEDINGS: Initial Appearance and Arraignment**
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: March 25, 2008 at 9:30 AM
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: