DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>**ERIC GUERRERO CRISOSTOMO,**<br><br>  Defendant. | CRIMINAL CASE NO. 08-00006<br><br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

  /s/ Joaquin V.E. Manibusan, Jr.
  U.S. Magistrate Judge
  Dated: Jan 25, 2008