# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-08-00006　　　　　　　　　　DATE: March 10, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio　　　　Electronically Recorded: 2:13:06 - 2:29:19
CSO: B. Pereda

**APPEARANCES:**
Defendant: Eric Guerrero Crisostomo　　　Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Frederick A. Black　　　　U.S. Agent:
U.S. Probation: Judy Ocampo　　　　　　U.S. Marshal: D. Punzalan
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Change of Plea**
- Defendant consented to a Rule 11 Plea in a Felony Case before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Pen and ink changes made to plea.
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: June 6, 2008 at 9:30 a.m.
- Draft Presentence Report due to the parties: May 5, 2008
- Response to Presentence Report: May 19, 2008
- Final Presentence Report due to the Court: June 2, 2008
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: