UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERIC GUERRERO CRISOSTOMO ) <br> Defendant. ) <br> _____ ) | USDC Cr. Cs. No. 08-00006-001 <br><br> REQUEST TO CONTINUE <br> **SENTENCING HEARING** |

COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for June 9, 2008. The Probation Officer requests that the Court continue sentencing to August 8, 2008. The continuance will enable the Probation Officer to complete the pre-sentence investigation and report. Both attorneys in the case have no objection to the continuance.

RESPECTFULLY submitted this  12th  day of May 2008.

                          Respectfully submitted,

                          ROSSANNA VILLAGOMEZ-AGUON
                          Chief U.S. Probation Officer

By:   /s/ Christopher J. Duenas
                          U.S. Probation Officer Specialist