ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone:	(671) 473-9201
Facsimile:	(671) 473-9202

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | CRIMINAL CASE NO. 08-00006-001 |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | |
| ) | | ORDER |
| ERIC GUERRERO CRISOSTOMO, ) | | |
| Defendant. ) | | |
| _____) | | |

    Upon request of the U.S. Probation Office, to which the parties have no objection, the sentencing hearing is hereby moved from June 9, 2008 to August 14, 2008, at 9:30 a.m. The pre-sentence investigation report shall be provided to the parties no later than July 8, 2008. The parties shall file their responses to the pre-sentence investigation report no later than July 22, 2008. The final pre-sentence investigation report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than August 1, 2008.

    SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: May 12, 2008**