IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00006-001 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **REQUEST TO CONTINUE SENTENCING HEARING** |
| ERIC GUERRERO CRISOSTOMO, | ) | |
| Defendant. | ) | |

COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for August 14, 2008 at 9:30 a.m. The request for continuance will enable the United States Probation Officer to complete the presentence investigation report. The Probation Officer requests a Sentencing Hearing of September 25, 2008 at 9:30 a.m. Both attorneys in the case have no objection to the continuance.

RESPECTFULLY submitted this __23rd__ day of July 2008.

                                               Respectfully submitted,

                                               ROSSANNA VILLAGOMEZ-AGUON
                                               Acting Chief U.S. Probation Officer

By:  /s/ CHRISTOPHER J. DUENAS
                                               U.S. Probation Officer Specialist