
JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
ERIC GUERRERO CRISOSTOMO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-00006 |
| Plaintiff, | ) ) | STIPULATION CONTINUING SENTENCING DATE |
| vs. | ) ) | |
| ERIC GUERRERO CRISOSTOMO, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the sentencing currently scheduled for September 25, 2008, at 9:30 a.m., be continued for approximately 2 weeks or a date convenient for the Court. The parties request this new date as defense counsel will be unavailable from September 4 to October 3, 2008.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, August 26, 2008.

JOHN T. GORMAN
Attorney for Defendant
ERIC GUERRERO CRISOSTOMO

FREDERICK A. BLACK
Attorney for Plaintiff
UNITED STATES OF AMERICA