JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
ERIC GUERRERO CRISOSTOMO

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-00006 |
| | ) | |
| Plaintiff, | ) | ORDER re: STIPULATION |
| | ) | CONTINUING SENTENCING DATE |
| vs. | ) | |
| | ) | |
| ERIC GUERRERO CRISOSTOMO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS SO ORDERED that the Sentencing Hearing currently scheduled for September 25, 2008 at 9:30 a.m. is hereby continued to October 16, 2008 at 9:30 a.m.

DATED: Hagatna, Guam, September 3, 2008.



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**